AO 106 (REV 4/10) Affidavit for Search Warrant                    AUSA R. Matthew Hiller, (312) 697-4088

## UNITED STATES DISTRICT COURT  14 M 547
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**UNDER SEAL** FILED
10-14-14 RM
OCT 1 4 2014

In the Matter of the Search of:

The Twitter accounts @AhkTheBlackArab located at
www.twitter.com/ahktheblackarab, @AbuFarriss
located at www.twitter.com/abufarriss, and
@abothabetk located at www.twitter.com/abothabetk,
further described in Attachment A

Case Number:

**MAGISTRATE JUDGE MARIA VALDEZ**
**UNITED STATES DISTRICT COURT**

## APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, John P. Farley, a Special Agent of the Federal Bureau of Investigation, request a search warrant and state under penalty of perjury that I have reason to believe that on the following property or premises:

### See Attachment A

located in the Northern District of California, there is now concealed:

### See Attachment A, Part III

The basis for the search under Fed. R. Crim. P. 41(c) is evidence and instrumentalities.

The search is related to a violation of:

*Code Section*

Title 18, United States Code, Section 2339B(a)(1)

*Offense Description*

Providing and Attempting to Provide Material Support or Resources to a Foreign Terrorist Organization

The application is based on these facts:

### See Attached Affidavit,

Continued on the attached sheet.

_____
*Applicant's Signature*

JOHN P. FARLEY, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 14, 2014

_____
*Judge's signature*

City and State: Chicago, Illinois

MARIA VALDEZ, U.S. Magistrate Judge
*Printed name and title*



UNITED STATES DISTRICT COURT )

NORTHERN DISTRICT OF ILLINOIS )

### AFFIDAVIT

I, John P. Farley, being duly sworn, state as follows:

1.    I am a Special Agent with the Federal Bureau of Investigation. I have been so employed since approximately October 2009.

2.    As part of my duties as an FBI Special Agent, I investigate criminal violations relating to international terrorism, including the provision and attempted provision of material support or resources to a foreign terrorist organization, in violation of Title 18, United States Code, Section 2339B(a)(1). I have participated in the execution of multiple federal search warrants.

3.    This affidavit is made in support of an application for a warrant to search, pursuant to Title 18, United States Code, Sections 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), for information associated with certain accounts that are stored at the premises owned, maintained, controlled, or operated by Twitter, a social networking and microblogging company located at c/o Trust & Safety - Legal Policy, Twitter, Inc., 1355 Market Street, Suite 900, San Francisco, California 94103.

4.    The accounts to be searched (collectively, "**Subject Accounts**") are:

       a.    @AhkTheBlackArab    (www.twitter.com/ahktheblackarab) ("**Subject Account 15A**");

       b.    @AbuFarriss    (www.twitter.com/abufarriss)    ("**Subject Account 16A**"); and

       c.    @abothabetk    (www.twitter.com/abothabetk)    ("**Subject Account 17A**").

    5.    The **Subject Accounts** are further described in the following paragraphs and in Part II of Attachment A. As set forth below, there is probable cause to believe that in the **Subject Accounts**, further described in Part II of Attachment A, in the possession of Twitter, there exists evidence and instrumentalities of violations of Title 18, United States Code, Section 2339B(a)(1). The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing search warrants, I have not included each and every fact known to me concerning this investigation.

## BACKGROUND INFORMATION

*Twitter*

6.      The following paragraphs are based on my training and experience and information available from Twitter:[1]

a.      Twitter is a free-access social networking website that can be accessed at www.twitter.com.  Twitter is "[a]n information network made up of 140-character messages from all over the world."

b.      To sign up for Twitter, a user must enter a name and an email address.  Twitter "will send a confirmation email to the address [the user] entered on sign up."  The user must "click the link in the email to confirm [the user's] email address and account."  Twitter advises users: "We use the email you enter to confirm your new Twitter account.  Be sure to enter an email address that you actively use and have access to."  In addition, the new user must come up with a username and password.

c.      The following terms and symbols are commonly associated with the process of using Twitter to communicate (the definitions provided below are from Twitter's website):

---

[1] All quoted material in this section is available through Twitter's website.  All of the other material is based on my training and experience or paraphrased from information on Twitter's website.

i.      @: is a symbol "used to call out usernames in Tweets" and "[w]hen a username is preceded by the @ sign, it becomes a link to a Twitter profile";

ii.      # (hashtag): # is the symbol "used to mark keywords or topics in a Tweet";[2]

iii.      Direct Messages: are private Tweets "between the sender and recipient";

iv.      Follow: to "follow someone on Twitter is to subscribe to their Tweets or updates on the site";

v.      Follower: a "follower is another Twitter user who has followed" another Twitter account;

vi.      Follow Count: "[t]he numbers that reflect how many people you follow, and how many people follow you";

---

[2] According to Twitter, "[p]eople use the hashtag symbol # before a relevant keyword or phrase (no spaces) in their Tweet to categorize those Tweets and help them show more easily in Twitter Search." "Hashtags can occur anywhere in the Tweet – at the beginning, middle, or end." In addition, "[h]ashtagged words that become very popular are often Trending Topics." Also, "[i]f you Tweet with a hashtag on a public account, anyone who does a search for that hashtag may find your Tweet." The use of a hashtag allows a Twitter user to attempt to get more views, replies, retweets, reactions or attention for his or her original Tweet.

vii.      Email Notifications: a Twitter user can set preferences that "regulate notifications via email about events on [the user's] account, such as new followers and new direct messages";[3]

viii.      Geolocation / Geotagging: "[t]he use of location data in Tweets" that identifies the location of the user in real time" (also known as "Tweet With Your Location");

ix.      Profile: "[a] Twitter page displaying information about a user, as well as all the Tweets they have posted from their account";

x.      Profile photo (also known as an "Avatar"): a personal image uploaded to a Twitter profile and in the Settings tab of the account;

xi.      Retweet: "a re-positing of someone else's Tweet" which is "[o]ften used to spread news or share valuable findings on Twitter";

---

[3] According to Twitter, a user can set his or her account to cause emails to be sent to the email account associated with the user's Twitter account when certain events occur, including but not limited to when: (1) "My Tweets are marked as favorites"; (2) "Tweets I'm mentioned in are marked as favorites"; (3) "My Tweets are retweeted"; (4) "Tweets I'm mentioned in are retweeted"; (5) "My Tweets get a reply or I'm mentioned in a Tweet"; (6) "I'm followed by someone new"; (7) "I'm sent a direct message"; (8) "Someone shares a Tweet with me"; or (9) "Someone from my address book joins Twitter." Based on my training and experience, I know that activity on a user's Twitter account or involving a user's account can result in the creation of email messages that are sent to the email account associated with the Twitter account.

xii.     Timestamp: "[a] note displaying when a Tweet was posted to Twitter" that "[c]an be found in grey text directly below any Tweet"; and

xiii.     Tweet: "[a] message posted via Twitter containing 140 characters or fewer."

7.     Twitter keeps Internet Protocol address ("IP addresses")[4] logs for each user. These logs contain information about the user's logins to Twitter including, for each access, the IP address assigned to the user and the date stamp at the time the user accessed his or her profile.

8.     Twitter users can include links to videos or images in their Tweets and that each Twitter account also can maintain a gallery of images.

9.     Accordingly, the computers of Twitter are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Twitter, such as account access, transaction and other information.

## SUMMARY

10.     On or about July 13, 2014, the user of the Twitter account @AhkTheBlackArab (**Subject Account 15A**) tweeted in English:

---

[4] Based on my training and experience, I know that IP addresses are a series of numbers separated by decimal points that are used to identify computers connected to the Internet.

"@AbuFarriss [**Subject Account 16A**] are Americans obliged to pledge bayyah to IS and if so how do they do that when there (sic) so far from IS." As described below, "bayyah" is an Arabic word meaning allegiance.[5]   In addition, based on my training and experience and the context of **Subject Account 15A**, "IS" is a reference to the Islamic State, which is a recent alias of the Islamic State of Iraq and the Levant ("ISIL" or "ISIS" or the Islamic State).  ISIL is a Designated Foreign Terrorist Organization under United States law.

11.   According to records from Comcast and Twitter, **Subject Account 15A** has been accessed through an IP address associated with an apartment complex in Arlington Heights, Illinois ("Apartment Complex A").

12.   As a result of the above tweet, FBI personnel reviewed the publicly available portions of **Subject Account 15A** (@AhkTheBlackArab) and **Subject Account 16A** (@AbuFarriss).   During the analysis of @AhkTheBlackArab, investigators also reviewed the publicly available portions of Subject Account 17A (@abothabetk).

---

[5] Throughout this affidavit there are references to text written in Arabic.  The translations were provided by FBI linguists fluent in Arabic.  The translations are in draft form for the purposes of this Affidavit.  According to the FBI linguists, when Arabic words are transliterated from Arabic into English minor spelling variations frequently exist.

13.     The users of both **Subject Account 16A** and **Subject Account 17A** identified their respective apparent allegiance to ISIL through the publicly available portions of their respective Twitter accounts.

## FACTS SUPPORTING PROBABLE CAUSE
## TO SEARCH THE SUBJECT ACCOUNTS

### *The Islamic State of Iraq and the Levant*

14.     On or about October 15, 2004, the United States Secretary of State designated al-Qaeda in Iraq, then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224.

15.     On or about May 15, 2014, the Secretary of State amended the designation of al-Qaeda in Iraq as a Foreign Terrorist Organization under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary also added the following aliases to the ISIL listing: the Islamic State of Iraq and al-Sham, the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production.

8

16.     Based on my training and experience, I know that: (a) Sunni extremists and others, who are not citizens or residents of Syria and Iraq, are traveling to Syria and Iraq to join ISIL and commonly enter Syria by crossing the border from Turkey; (b) foreign fighters from Western countries are traveling to locations in Turkey, including Istanbul, and then traveling to towns closer to the border where they are brought into Syria to join ISIL; (c) Abu Bakr al-Baghdadi is the current leader of ISIL; (d) ISIL is also frequently referred to as "ISIS" (an acronym for the Islamic State of Iraq and al-Sham or the Islamic State of Iraq and Syria); and (e) the following flag is affiliated with ISIL:



### *Twitter Account @AhkTheBlackArab (Subject Account 15A)[6]*

17.     According to **Subject Account 15A**'s Twitter profile, the user of **Subject Account 15A** had approximately 31 followers and made approximately 61 tweets, as of on or about August 29, 2014. A preservation

---

[6] This Affidavit does not include an exhaustive analysis of all of the publicly available material in **Subject Account 15A.**

letter was served on Twitter on or about August 22, 2014, for **Subject Account 15A**.

18.    According to Twitter, **Subject Account 15A** was accessed by a number of IP addresses, including the following IP addresses at the listed times:[7]

| IP Address | Time |
| --- | --- |
| 50.148.66.192 | 2014-07-14 21:50:27 GMT |
| 50.148.66.192 | 2014-07-20 19:50:26 GMT |

19.    According to a publicly available database of IP addresses, IP address 50.148.66.192 is assigned to Comcast. According to Comcast, IP address 50.148.66.192 was assigned to Apartment Complex A in Arlington Heights, Illinois, between July 11, 2014, at 07:29.30 GMT, and August 6, 2014, at 17:44:21 GMT.

20.    According to **Subject Account 15A**'s profile, the user of **Subject Account 15A** was identified as "Ahki Al Athari" as recent as at least September 23, 2014. In addition, according to **Subject Account 15A**'s profile, the user of Subject Account 15A posted "D A W L A" under the name Ahki Al Athari and @AhkTheBlackArab. According to an FBI linguist

---

[7] This is not an exhaustive list of IP addresses identified by Twitter as accessing **Subject Account 15A**.

fluent in Arabic: (a) "Ahk" is a reference to brother; (b) "Ahki" is a reference to my brother; (c) "Al Athari" is a reference to antiquarian;[8] and (d) "DAWLA" is a reference to country or state. Based on the context of the use of "DAWLA" on **Subject Account 15A** and on my training and experience, I believe it is a reference to the Islamic State.

21. According to **Subject Account 15A**'s profile, the user of **Subject Account 15A** displayed a profile photo that depicted an image of what appeared to be an unknown individual reading with his head covered and looking down. Further, according to **Subject Account 15A**'s profile, the background picture for the profile depicted what appeared to be an assault rifle leaned up against a wall. Figure 2 below depicts the background of **Subject Account 15A** as it appeared on at least September 23, 2014:

---

[8] According to FBI linguists fluent in Arabic, "Al-Athari" could also mean someone who follows religious texts literally and strictly.

11



Figure 2 – Profile for **Subject Account 15A**

22.     According to **Subject Account 15A**, on or about May 21, 2014, the user of **Subject Account 15A** tweeted in English:   "@AbuFarriss [**Subject Account 16A**] hit me on kik[9] asap ahki InshaAllah its important." According to an FBI linguist fluent in Arabic, "ahki" means brother and "InshaAllah" means God willing.

23.     According to **Subject Account 15A**, on or about June 28, 2014, the user of **Subject Account 15A** tweeted in English:   "@AbuFarriss [**Subject Account 16A**] someone said martyrdom attacks are forced on

---

[9] Based on my training and experience, I know that Kik Messenger is a text messaging application available for use on smartphones.  According to its website, "Kik Messenger has become the simplest, fastest, most life-like chat experience you can get on a smartphone. And unlike other messengers, Kik usernames - not phone numbers - are the basis for Kik user accounts . . ."

dawlah members saying you can't say no to it is that true?" As noted above, according to an FBI linguist fluent in Arabic, "dawlah" in this context appears to be a reference to the Islamic State. As described below, this tweet started a short Twitter conversation regarding martyrdom operations in the Islamic State between **Subject Account 15A** and **Subject Account 16A**:

  a.  According to **Subject Account 15A**, on or about June 28, 2014, the user of **Subject Account 16A** (responded to the above tweet) and tweeted in English: "@AhkTheBlackArab [**Subject Account 15A**] not true at all. You sign up if uu wnt to. Drs, sharis and Married men are not aloud cuz they r needed in the state." According to an FBI linguist fluent in Arabic, "sharis" is a reference to religious or Islamic scholars or legislators. Based on my training and experience and the context of the tweet, it appears that the reference to "state" is a reference to the Islamic State.

  b.  According to **Subject Account 15A**, on or about June 28, 2014, the user of **Subject Account 16A** (responded to the above tweet again) and tweeted in English: "@AhkTheBlackArab [**Subject Account 15A**] pt is from what I was told. However, Dawlah [i.e., the Islamic State] has Soo many brothers martyrdom ops they draw lots instead of a que or list."

  c.  According to **Subject Account 15A**, on or about June 28, 2014, the user of **Subject Account 15A** (replied to the user of **Subject**

13

**Account 16A**'s tweets above) and tweeted in English: "enter the truth has given a lot of people a different point of view."

24.     According to **Subject Account 15A**, on or about June 28, 2014, the user of **Subject Account 15A** tweeted in English what appeared to be a series of tweets including:

a.     "1. Ya muslimeen I advise you to fear Allah in regard to speaking about your brothers we live in the west where struggle is eminent."

b.     "2. but Allah is making way for the abode of the believers where Islam dwells along with peace and tranquility in the west is dar ul kufr."[10]

c.     "3. A place where evil has a magnetic pull that brings out and encourage sin today we live a society where Muslims are excepting (sic) this."

d.     "4. evil but never the less Allah honors his promise where we now see a place arriving where Muslims can call home, and Allah knows best."

e.     Based on my training and experience and the context of these tweets, it appeared that the user of **Subject Account 15A** was

---

[10] According to an FBI linguist fluent in Arabic, "dar-ul-kufur" is a reference to land of the infidels.

referring to the formation of the purported caliphate sought by ISIL in Iraq and Syria. According to open source material and a publicly released audio recording, on or about June 29, 2014, ISIL through its leader Abu Bakr al-Baghdadi announced the formation of the Islamic State.

25. According to **Subject Account 15A**, on or about June 29, 2014, the user of **Subject Account 15A** tweeted in English: "@abufarriss [**Subject Account 16A**] that's fair and merciful you know here in the west there's a lot of negative talka (sic) about the dawlah [*i.e.*, the Islamic State] videos like."

26. According to **Subject Account 15A**, on or about July 8, 2014, the user of **Subject Account 15A** tweeted in English and Arabic: "@06180629[11] As salamu alaikum ahki are you in sham?" According to an FBI linguist fluent in Arabic this tweet reads: "Peace be upon you, brother, are you in the Levant [or alternatively, Syria]."

27. According to **Subject Account 15A**, on or about July 8, 2014, the user of **Subject Account 15A** tweeted in English: "@06180629 oh Ok I'm from amriki to SubhanAllah how is it there." According to an FBI linguist fluent in Arabic, "amriki" is a reference to a person from the United States of America and "SubhanAllah" is a reference to praise Allah.

---

[11] According to Twitter, @06180629 "does not exist" as of at least September 22, 2014.

28.     According to **Subject Account 15A**, on or about July 13, 2014, the user of **Subject Account 15A** tweeted in English:  "@AbuFarriss [**Subject Account 16A**] are Americans obliged to pledge bayyah to IS and if so how do they do that when there (sic) so far from IS."  According to an FBI linguist fluent in Arabic, "bayyah" is a reference to allegiance or fealty. Based on my training and experience and the context of the tweet, I know that "IS" is a reference to the Islamic State.

### *Twitter Account @AbuFarriss (Subject Account 16A)*[12]

29.     According to **Subject Account 16A**'s Twitter profile, the user of **Subject Account 16A** had approximately 2,792 followers and had made approximately 470 tweets, as of on or about September 3, 2014.  A preservation letter was served on Twitter on or about August 4, 2014, for **Subject Account 16A.**

30.     According to **Subject Account 16A**'s profile, the user of **Subject Account 16A** was identified as "Abu Farriss" as of at least September 3, 2014.  In addition, according to **Subject Account 16A**'s profile, the user of **Subject Account 16A** posted his/her location as "Islamic State -Khilafa."

---

[12]     According to Twitter and based on my observation, **Subject Account 16A** was "suspended" by Twitter at least by September 21, 2014.  This Affidavit does not include an exhaustive analysis of all of the publicly available material in **Subject Account 16A**.

Also, according to **Subject Account 16A**'s profile, the user of **Subject Account 16A** identified his/her Kik account as "abufarriss."

31.    As of at least September 3, 2014, according to **Subject Account 16A**'s profile, the user of **Subject Account 16A** displayed a profile photo and background image that depicted images of the ISIL flag. *See* Figure 3 below.



Figure 3 – Twitter Profile for **Subject Account 16A**

32.    According to **Subject Account 16A**, on or about May 20, 2014, the user of **Subject Account 16A** tweeted what appeared to be three related tweets in English:

17

a.    "If anyone is worried about injuries then . . I spoke to one brother who was shot by a PKC bullet (slightly longer than klash) and he desc."[13]

b.    "Cribed the pain like a stone being thrown at ur stomach."

c.    "Another brother whos muscled ripped in his leg from shrapnels, said it just felt hot... Subhanallah imagine shahadah ikhwa..." According to an FBI linguist fluent in Arabic, "Subhanallah" means praise Allah and "shahadah ikhwa" means martyrdom brothers.

33.    According to **Subject Account 16A**, on or about July 7, 2014, the user of **Subject Account 16A** tweeted in English: "Spoke to one of the bros. He told me dawlah [i.e., the Islamic State] has control of chemical weapons but its not allowed to be used. Terrorists are we?"

34.    According to **Subject Account 16A**, on or about August 8, 2014, the user of **Subject Account 16A** tweeted in English:  "Everyone follow @abudujanark his account just got deleted lol, he made a new one. :P"  Based on my training and experience, I know that Twitter can delete accounts if Twitter detects that a user violates its user agreements.

---

[13] Based on my training and experience and the context of the tweet, it appears that "PKC bullet" is a reference to the ammunition for a PK machine gun, which is a Soviet era machine gun, and "klash" is a reference to the Russian Kalashnikov assault rifle.

35.    According to **Subject Account 16A**, on or about August 17, 2014, the user of **Subject Account 16A** tweeted in English:   "Massive explosions in raqqah right now.   fighter jets bombed about 8 times now. Apparently it hit the hospital."   Based on the context of the tweet and based on my training and experience, I believe "raqqah" is a reference to Raqqah, Syria, which is a city in north-central Syria.

36.    According to **Subject Account 16A**, on or about August 20, 2014, the user of **Subject Account 16A** tweeted in English:   "The message the state [*i.e.*, Islamic State] sent to Obama is simple; don't get involved in our war and we really are not joking.   We're ready like never before."

### Twitter Account @abothabetk (Subject Account 17A)[14]

37.    According to **Subject Account 17A**'s Twitter profile, the user of **Subject Account 17A** had approximately 18,700 followers and had made approximately 5,668 tweets, as of on or about September 3, 2014.    A preservation letter was served on Twitter on or about August 29, 2014, for **Subject Account 17A.**

38.    According to **Subject Account 17A**'s profile, the user of **Subject Account 17A** is identified as "Abu Thabit Al-Jazrawi" as of September 3,

---

[14]    According to Twitter and based on my observation, **Subject Account 17A** was "suspended" by Twitter at least by September 21, 2014.   This Affidavit does not include an exhaustive analysis of all of the publicly available material in **Subject Account 17A**.

2014. According to an FBI linguist fluent in Arabic, "Al-Jazrawi" is a reference to someone who is from the Arabian Peninsula.

39. According to **Subject Account 17A**'s profile and an FBI linguist fluent in Arabic, as of on or about September 3, 2014, the user of **Subject Account 17A** displayed a background or banner that depicted a black backdrop with the name "Ibrahim 'Awwad Ibrahim 'Ali Muhammad al-Badri" written in Arabic and the color yellow. According to the U.S. Department of State (http://www.state.gov/j/ct/rls/other/des/143210.htm), the State Department designated Ibrahim 'Awwad Ibrahim 'Ali al-Badri as a "Specially Designated Global Terrorist under section 1(b) of Executive Order 13224" on October 4, 2011. According to the Department of State, Ibrahim 'Awwad Ibrahim 'Ali al-Badri is also known as Abu Bakr al-Baghdadi, who, as described above, is the leader of ISIL / the Islamic State.[15]

40. According to **Subject Account 17A** and an FBI linguist fluent in Arabic, as of on or about September 3, 2014, the user of **Subject Account 17A** displayed his/her location as the Islamic State in Iraq and the Levant.

---

[15] *See* http://www.rewardsforjustice.net/english/abu_dua.html. According to the Department of State, Al-Baghdadi's aliases include: Dr. Ibrahim 'Awwad Ibrahim 'Ali al-Badri al-Samarrai', Ibrahim 'Awad Ibrahim al-Badri al Samarrai, Abu Duaa', and Dr. Ibrahim. Further, according to the Department of State, there is up to a $10 million reward for information that brings al-Baghdadi to justice.



Figure 4 – June 9, 2014, tweet from **Subject Account 17A**

41.     According to **Subject Account 17A** and an FBI linguist fluent in

Arabic, on or about June 9, 2014, the user of **Subject Account 17A** tweeted

two photographs of Al-Raqqah, Syria, with a quote:  "How beautiful is the

countryside of the Islamic governorate #Al-Raqqah.  All you need is swim

shorts, cooking accessories, and a slaughtered 'Alawite,[16] with his head

---

[16] Based on my training and experience, I know that Alawites are a part of Shia Islam.  As noted above, ISIL is a Sunni Islamic terrorist organization.  Based on my training and experience, I know Sunni Islamic terrorists, like ISIL, support the eradication of Shia Islam.

hanging. :)"  As described above, based on my training and experience and open source maps, I know Al-Raqqah is a city in Syria.  *See* Figure 4, above.



Figure 5 - #Martyrdom_'Abd-Al-Majid_Al-'Utaybi

42.    According to **Subject Account 17A** and an FBI linguist fluent in Arabic, on or about June 24, 2014, the user of **Subject Account 17A** tweeted a collage of images and writing, as see above in Figure 5, that depicted what appeared to be the face of a dead male, the same male depicted alive, a lush green field and writing in Arabic that read:  "The martyr 'Abd-al-Majid Al-

'Utaybi, Qarin Al-Kalash, o'Allah accept him within the martyrs and grant him the highest ranking."



Figure 6 – August 22, 2014, Tweet of **Subject Account 17A**

43.    According to **Subject Account 17A**, on or about August 22, 2014, the user of **Subject Account 17A** posted the above tweet as depicted in Figure 6. Based on my training and experience, I know that the above tweet depicts U.S. citizen and journalist James Foley moments before his execution. According to an FBI linguist fluent in Arabic, the tweet reads in Arabic: "'I wish I wasn't an American' the most beautiful phrase this jackass said before his decapitation."

23



Figure 7 - Daily Mirror Front Page

44.     According to **Subject Account 17A**, on or about September 2, 2014, the user of **Subject Account 17A** posted a tweet, depicted above in Figure 7, reading in English: "I'm back," with an image of the front page of the Daily Mirror, which based on my training and experience, depicted journalist Steven Sotloff prior to his execution and in the custody of ISIL.

24

### *Searching Social Media Accounts*

45.     Based on my training and experience in other investigations, I believe that a search of social network provider or email account contents often yields investigative leads relating to:

        a.     the identities of co-conspirators, and other individuals engaged in providing and attempting to provide material support or resources to a foreign terrorist organization;

        b.     the contact information of co-conspirators, and other individuals engaged in providing or attempting to provide material support to a foreign terrorist organization;

        c.     the timing of communications among co-conspirators, and other individuals involved in providing or attempting to provide material support to a foreign terrorist organization;

        d.     the methods and techniques used in providing or attempting to provide material support to a foreign terrorist organization;

        e.     arrangements for travel and meetings; and

        f.     the distribution of videos and photographs evidencing the work, accomplishments or propaganda of the foreign terrorist organization; and

g.   the recruitment of additional fighters, martyrs, supporters, and financial support for the foreign terrorist organization.

## SEARCH PROCEDURE

46.   In order to facilitate seizure by law enforcement of the records and information described in Attachment A, this affidavit and application for search warrant seek authorization, pursuant to Title 18, United States Code, Sections 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), to permit employees of Twitter to assist agents in the execution of this warrant. In executing this warrant, the following procedures will be implemented:

a.   The respective search warrants will be presented to Twitter personnel who will be directed to the information described in Section II of Attachment A;

b.   In order to minimize any disruption of computer service to innocent third parties, Twitter employees and/or law enforcement personnel trained in the operation of computers will create an exact duplicate of the information described in Section II of Attachment A, respectively, including an exact duplicate of all information described in Section II of Attachment A;

47.   Twitter employees will provide the exact duplicate in electronic form of the information described in Section II of Attachment A and all information stored in those accounts and files to the agent who serves this

26

search warrant; and Following the protocol set out in the Addendum to Attachment A, law enforcement personnel will thereafter review all information and records received from Twitter employees to locate the information to be seized by law enforcement personnel pursuant to Section III of Attachment A.

## CONCLUSION

48.     Based on the above information, I respectfully submit that there is probable cause to believe that evidence and instrumentalities of violations of Title 18, United States Code, Section 2339B(a)(1) are located within one or more computers and/or servers found at Twitter, located at c/o Trust & Safety - Legal Policy, Twitter, Inc., 1355 Market Street, Suite 900, San Francisco, California 94103.

49.     By this affidavit and application, I request that the Court issue a search warrant directed to Twitter allowing agents to seize the electronic evidence and other information stored on such entities' respective servers following the search procedures described in Attachment A, and the Addendum to Attachment A.

FURTHER AFFIANT SAYETH NOT.

John P. Farley
Special Agent
Federal Bureau of Investigation

Subscribed and sworn
before me this 14th day of October, 2014

Honorable Maria Valdez
United States Magistrate Judge

28

## ATTACHMENT A

### I. Search Procedure

a. The search warrant will be presented to Twitter personnel, who will be directed to isolate those accounts and files described in Section II below.

b. In order to minimize any disruption of computer service to innocent third parties, company employees and/or law enforcement personnel trained in the operation of computers will create an exact duplicate of the computer accounts and files described in Section II below, including an exact duplicate of all information stored in the computer accounts and files described therein.

c. Twitter employees will provide the exact duplicate in electronic form of the accounts and files described in Section II below and all information stored in those accounts and files to the agent who serves the search warrant.

d. Following the protocol set out in the Addendum to this Attachment, law enforcement personnel will thereafter review information and records received from company employees to locate the information to be seized by law enforcement personnel specified in Section III below.

## II.    Files and Accounts to be Copied by Twitter Employees

Information related to the following electronic address:

**@AhkTheBlackArab located at www.twitter.com/ahktheblackarab;**

**@AbuFarriss located at www.twitter.com/abufarriss; and**

**@abothabetk located at www.twitter.com/abothabetk.**

which is stored at premises owned, maintained, controlled, or operated by
Twitter, located at 1355 Market Street, Suite 900, San Francisco, California
94103, including:

a.    All identity and contact information, including full name, email
address, physical address (including city, state, and zip code), date of birth,
gender, hometown, occupation, and other personal identifiers;

b.    All past and current usernames, account passwords, and names
associated with the account;

c.    The dates and times at which the account and profile were
created, and the Internet Protocol (IP) address at the time of sign up;

d.    All IP logs and other documents showing the IP address, date,
and time of each login to the account;

e.    All data and information associated with the profile page,
including photographs, "bios," and profile backgrounds and themes;

2

f. All Tweets and Direct Messages sent, received, favorited, or retweeted by the account, and all photographs or images included in those Tweets and Direct Messages;

g. All information from the "Connect" tab for the account, including all lists of Twitter users who have favorited or retweeted Tweets posted by the account, as well as a list of all Tweets that include the username associated with the account (*i.e.*, mentions or replies);

h. All photographs and images in the user gallery for the account;

i. All location data associated with the account, including all information collected by the "Tweet With Location" service;

j. All information about the account's use of Twitter's link service, including all longer website links that were shortened by the service, all resulting shortened links, and all information about the number of times that a link posted by the account was clicked;

k. All data and information that has been deleted by the user;

l. A list of all of the people that the user follows on Twitter and all people who are following the user (i.e., the user's "following" list and "followers" list);

m. A list of all users that the account has "unfollowed" or blocked;

n. All "lists" created by the account;

3

o.   All information on the "Who to Follow" list for the account;

p.   All privacy and account settings;

q.   All records of Twitter searches performed by the account, including all past searches saved by the account;

r.   All information about connections between the account and third party websites and applications;

s.   All records pertaining to communications between Twitter and any person regarding the user or the user's Twitter account, including contacts with support services, and all records of actions taken, including suspensions of the account.

t.   All business records and subscriber information, in any form, including applications, subscribers' full names, all screen names associated with the subscribers and/or accounts, all account names associated with the subscribers, methods of payment, telephone numbers, addresses, and detailed billing records.

III.   Information to be Seized by Law Enforcement Personnel

a.   All information described above in Section II that constitutes evidence and instrumentalities concerning violations of Title 18, United States Code, Section 2339B(a)(1), including:

4

1. Items relating to Ahki Al Athari, Abu Farriss, or Abu Thabit Al-Jazrawi and the users of **Subject Accounts 15A-17A**.

2. Items relating to the usernames @AhkTheBlackArab, @AbuFarriss, and @abothabetk.

3. Items relating to a caliphate, Syria, Iraq, al-Qaeda, al-Qaeda in Iraq ("AQI"), Islamic State of Iraq and Syria ("ISIS"), Islamic State of Iraq and the Levant ("ISIL"), the Islamic State, Dawlah, and Abu Bakr al-Baghdadi, or other known members of ISIL.

4. Items relating to communication devices or techniques, including the use of Internet service providers, mobile or cellular phones.

5. Items relating to travel, including travel documents, passport information, visas, and methods of travel into or through Turkey, Syria or Iraq.

6. Items relating to the identities and current and past physical location of the users of **Subject Accounts 15A-17A** or the individuals they are communicating with.

7. Items relating to weapons, attacking planning, beheadings, executions, or other unlawful acts of violence.

8. Items relating to the names, addresses, telephone numbers, email addresses, and other contact or identification information of

5

participants involved in violations of Title 18, United States Code, Section 2339B(a)(1).

        9.     All of the records and information described in Section II (a) through (t).

## ADDENDUM TO ATTACHMENT A

With respect to the search of any information and records received from the web-hosting company, law enforcement personnel will locate the information to be seized pursuant to Section III of Attachment A according to the following protocol.

The search procedure may include the following techniques (the following is a non-exclusive list, and the government may use other procedures that, like those listed below, minimize the review of information not within the list of items to be seized as set forth herein):

a. searching for and attempting to recover any hidden, or encrypted data to determine whether that data falls within the list of items to be seized as set forth herein.

b. surveying various file directories and the electronic mail, including attachments thereto to determine whether they include data falling within the list of items to be seized as set forth herein.

c. opening or reading portions of electronic mail, and attachments thereto, in order to determine whether their contents fall within the items to be seized as set forth herein, and/or

d. performing key word searches through all electronic mail and attachments thereto, to determine whether occurrences of language

7

contained in such electronic mail, and attachments thereto, exist that are likely to appear in the information to be seized described in Section III of Attachment A.

Law enforcement personnel are not authorized to conduct additional searches on any information beyond the scope of the items to be seized by this warrant.