# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**UNDER SEAL**

In the Matter of the Search of:

The Twitter accounts @AhkTheBlackArab located at www.twitter.com/ahktheblackarab, @AbuFarriss located at www.twitter.com/abufarriss, and @abothabetk located at www.twitter.com/abothabetk, further described in Attachment A

Case Number:

**14 M 547**

14M547

## SEARCH AND SEIZURE WARRANT

To: John P. Farley and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of California:

**See Attachment A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**See Attachment A, Part III**

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before <u>October 28, 2014</u> in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge MARIA VALDEZ.

Date and time issued: <u>October 14, 2014  2:00 pm</u>

_Judge's signature_

City and State: <u>Chicago, Illinois</u>

<u>MARIA VALDEZ, U.S. Magistrate Judge</u>
_Printed name and title_

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
|---|---|---|
| 14M 547 | 10/14/2014 1600 hrs | Twitter Legal |

Inventory made in the presence of:

Attached Twitter Legal Receipt

Inventory of the property taken and name of any person(s) seized:

Twitter provided a CD with Data sent to FBI Chicago Office. This CD was sent via USM/FEDEX. Their information contained on the Disk is current as of 10/16/2014.

FILED
NOV 24 2014
11-24-14 PM
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/3/2014

Executing officer's signature

John FARLEY Special Agent
Printed name and title

# ATTACHMENT A

## I. Search Procedure

a. The search warrant will be presented to Twitter personnel, who will be directed to isolate those accounts and files described in Section II below.

b. In order to minimize any disruption of computer service to innocent third parties, company employees and/or law enforcement personnel trained in the operation of computers will create an exact duplicate of the computer accounts and files described in Section II below, including an exact duplicate of all information stored in the computer accounts and files described therein.

c. Twitter employees will provide the exact duplicate in electronic form of the accounts and files described in Section II below and all information stored in those accounts and files to the agent who serves the search warrant.

d. Following the protocol set out in the Addendum to this Attachment, law enforcement personnel will thereafter review information and records received from company employees to locate the information to be seized by law enforcement personnel specified in Section III below.

## II. Files and Accounts to be Copied by Twitter Employees

Information related to the following electronic address:

**@AhkTheBlackArab located at www.twitter.com/ahktheblackarab;**

**@AbuFarriss located at www.twitter.com/abufarriss;** and

**@abothabetk located at www.twitter.com/abothabetk.**

which is stored at premises owned, maintained, controlled, or operated by Twitter, located at 1355 Market Street, Suite 900, San Francisco, California 94103, including:

    a.    All identity and contact information, including full name, email address, physical address (including city, state, and zip code), date of birth, gender, hometown, occupation, and other personal identifiers;

    b.    All past and current usernames, account passwords, and names associated with the account;

    c.    The dates and times at which the account and profile were created, and the Internet Protocol (IP) address at the time of sign up;

    d.    All IP logs and other documents showing the IP address, date, and time of each login to the account;

    e.    All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

f. All Tweets and Direct Messages sent, received, favorited, or retweeted by the account, and all photographs or images included in those Tweets and Direct Messages;

g. All information from the "Connect" tab for the account, including all lists of Twitter users who have favorited or retweeted Tweets posted by the account, as well as a list of all Tweets that include the username associated with the account (*i.e.*, mentions or replies);

h. All photographs and images in the user gallery for the account;

i. All location data associated with the account, including all information collected by the "Tweet With Location" service;

j. All information about the account's use of Twitter's link service, including all longer website links that were shortened by the service, all resulting shortened links, and all information about the number of times that a link posted by the account was clicked;

k. All data and information that has been deleted by the user;

l. A list of all of the people that the user follows on Twitter and all people who are following the user (i.e., the user's "following" list and "followers" list);

m. A list of all users that the account has "unfollowed" or blocked;

n. All "lists" created by the account;

3

o. All information on the "Who to Follow" list for the account;

p. All privacy and account settings;

q. All records of Twitter searches performed by the account, including all past searches saved by the account;

r. All information about connections between the account and third party websites and applications;

s. All records pertaining to communications between Twitter and any person regarding the user or the user's Twitter account, including contacts with support services, and all records of actions taken, including suspensions of the account.

t. All business records and subscriber information, in any form, including applications, subscribers' full names, all screen names associated with the subscribers and/or accounts, all account names associated with the subscribers, methods of payment, telephone numbers, addresses, and detailed billing records.

III. Information to be Seized by Law Enforcement Personnel

a. All information described above in Section II that constitutes evidence and instrumentalities concerning violations of Title 18, United States Code, Section 2339B(a)(1), including:

4

1. Items relating to Ahki Al Athari, Abu Farriss, or Abu Thabit Al-Jazrawi and the users of **Subject Accounts 15A-17A**.

2. Items relating to the usernames @AhkTheBlackArab, @AbuFarriss, and @abothabetk.

3. Items relating to a caliphate, Syria, Iraq, al-Qaeda, al-Qaeda in Iraq ("AQI"), Islamic State of Iraq and Syria ("ISIS"), Islamic State of Iraq and the Levant ("ISIL"), the Islamic State, Dawlah, and Abu Bakr al-Baghdadi, or other known members of ISIL.

4. Items relating to communication devices or techniques, including the use of Internet service providers, mobile or cellular phones.

5. Items relating to travel, including travel documents, passport information, visas, and methods of travel into or through Turkey, Syria or Iraq.

6. Items relating to the identities and current and past physical location of the users of **Subject Accounts 15A-17A** or the individuals they are communicating with.

7. Items relating to weapons, attacking planning, beheadings, executions, or other unlawful acts of violence.

8. Items relating to the names, addresses, telephone numbers, email addresses, and other contact or identification information of

5

participants involved in violations of Title 18, United States Code, Section 2339B(a)(1).

      9.    All of the records and information described in Section II (a) through (t).

## ADDENDUM TO ATTACHMENT A

With respect to the search of any information and records received from the web-hosting company, law enforcement personnel will locate the information to be seized pursuant to Section III of Attachment A according to the following protocol.

The search procedure may include the following techniques (the following is a non-exclusive list, and the government may use other procedures that, like those listed below, minimize the review of information not within the list of items to be seized as set forth herein):

    a.    searching for and attempting to recover any hidden, or encrypted data to determine whether that data falls within the list of items to be seized as set forth herein.

    b.    surveying various file directories and the electronic mail, including attachments thereto to determine whether they include data falling within the list of items to be seized as set forth herein.

    c.    opening or reading portions of electronic mail, and attachments thereto, in order to determine whether their contents fall within the items to be seized as set forth herein, and/or

    d.    performing key word searches through all electronic mail and attachments thereto, to determine whether occurrences of language

7

contained in such electronic mail, and attachments thereto, exist that are likely to appear in the information to be seized described in Section III of Attachment A.

Law enforcement personnel are not authorized to conduct additional searches on any information beyond the scope of the items to be seized by this warrant.