

**FILED**
OCT 14 2014
10-14-14 RM
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>The Twitter accounts @AhkTheBlackArab located at www.twitter.com/ahktheblackarab, @AbuFarriss located at www.twitter.com/abufarriss, and @abothabetk located at www.twitter.com/abothabetk, further described in Attachment A | No. 14 M 547<br>14M547<br><br>Magistrate Judge Maria Valdez<br><br>**UNDER SEAL** |

### GOVERNMENT'S MOTION TO SEAL SEARCH WARRANT, APPLICATION, AND AFFIDAVIT AND TO COMMAND TWITTER NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF THE WARRANT

Now comes the UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Search Warrant, Application, and Affidavit:

On the 14th day of October, 2014, the government applied for a Search Warrant in this matter, and submitted an Application and Affidavit in support. The Search Warrant Affidavit details the facts supporting probable cause to believe that evidence and instrumentalities concerning material support of a foreign terrorist organization offenses, in violation of Title 18, United States Code, Section 2339B(a)(1), will be found in the **Subject Accounts**.

The government will continue its investigation after execution of the Search Warrant, and disclosure of the Application and Affidavit would jeopardize the investigation by providing the subject of the investigation an opportunity to destroy evidence or flee and jeopardize the investigation by disclosing the details of facts known to investigators, the identities of witnesses, and the investigative strategy. For the foregoing reasons, the government respectfully requests that the Search Warrant, Application, and Affidavit be sealed for 60 days from the date of this Order, until December 13, 2014, except as necessary to facilitate the enforcement of criminal law, including the execution of the search warrant, or to any federal official to assist the official receiving the information in the performance of that official's duties.

In addition, Twitter is a provider of an electronic communication service, as defined in Title 18, United States Code, Section 2510(15), and/or a remote computer service, as defined in Title 18, United States Code, Section 2711(2). Pursuant to Title 18, United States Code, Section 2703(b)(1)(A) and (c)(3), the government is not required to provide notice of the warrant to the subscriber or customer of the account.

Furthermore, under Title 18, United States Code, Section 2705(b), if the Court determines that that "there is reason to believe that notification of

the existence of the warrant will result in—(1) endangering the life or physical safety of an individual; (2) flight from prosecution; (3) destruction of or tampering with evidence; (4) intimidation of potential witnesses; or (5) otherwise seriously jeopardizing an investigation," this Court shall issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant. . . is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order."

In this case, such an order would be appropriate because the warrant relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence or content of the warrant will causing flight from prosecution, causing the destruction of or tampering with evidence, and otherwise seriously jeopardizing the investigation. *See* 18 U.S.C. § 2705(b).

The United States respectfully requests that the Court issue an order commanding Twitter not to disclose the existence or content of the warrant to any person, until December 13, 2014, except that Twitter may disclose the warrant to an attorney for Twitter for the purpose of receiving legal advice.

                                Respectfully submitted,

                                ZACHARY T. FARDON
                                United States Attorney

By: _____
       R. Matthew Hiller
       Assistant United States Attorney
       219 S. Dearborn Street, Rm. 500
       Chicago, Illinois 60604
       (312) 697-4088

DATE: October 14, 2014