

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>The Twitter accounts @AhkTheBlackArab located at www.twitter.com/ahktheblackarab, @AbuFarriss located at www.twitter.com/abufarriss, and @abothabetk located at www.twitter.com/abothabetk, further described in Attachment A | No.  14M547<br>14 M 547<br><br>Magistrate Judge Maria Valdez<br><br>**UNDER SEAL** |

## ORDER

The UNITED STATES OF AMERICA by its attorney, ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, having moved this Court to Seal the Search Warrant, Application, and Affidavit, and having demonstrated good cause in support of its motion, specifically, that disclosure of the Search Warrant, Application, and Affidavit would jeopardize the investigation by providing the subject of the investigation an opportunity to destroy evidence or flee and jeopardize the investigation by disclosing the details of facts known to investigators, the identities of witnesses, and the investigative strategy.

IT IS HEREBY ORDERED THAT the Search Warrant, Application, and Affidavit be kept under seal for 60 days from the date of this Order, until December 13, 2014.



THE COURT FURTHER FINDS that there is reason to believe that notification of the existence of the warrant will seriously jeopardize the investigation, including by causing flight from prosecution, causing the destruction of or tampering with evidence, and otherwise seriously jeopardizing the investigation. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under Title 18, United States Code, Section 2705(b) that Twitter shall not disclose the existence of the warrant, or this Order of the Court, to the listed subscriber or to any other person, until December 13, 2014, except that Twitter may disclose the search warrant to an attorney for Twitter for the purpose of receiving legal advice.

This Order does not prohibit law enforcement personnel from disclosing the search warrant as necessary to facilitate the enforcement of criminal law, including the execution of the warrant, or to any federal official to assist the official receiving the information in the performance of that official's duties.

ENTER:

*[signature]*

MARIA VALDEZ
United States Magistrate Judge

DATE: October 14, 2014