UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: | |
| The Twitter accounts @AhkTheBlackArab located at ww.twitter.com/ahktheblackarab, @AbuFarriss located at www.twitter.com/abufarriss, and @abothabetk located at www.twitter.com/abothabetk, further described in Attachment A | No. 14 M 547<br><br>Magistrate Judge Maria Valdez<br><br>**UNDER SEAL** |

### ORDER

The UNITED STATES OF AMERICA by its attorney, ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, having filed its Third Motion to Continue Seal on Search Warrant, Application, and Affidavit, and having demonstrated good cause in support of its motion, specifically, that disclosure of the Search Warrant, Application, and Affidavit would jeopardize the investigation by: (a) providing the subject of the investigation an opportunity to destroy evidence or flee; and (b) disclosing the details of facts known to investigators, the identities of witnesses, and the investigative strategy;

IT IS HEREBY ORDERED THAT the Search Warrant, Application, and Affidavit, and all related motions and orders to seal, be kept under seal for an additional 90 days, from June 11, 2015, until September 9, 2015, or until further Order of the Court.

ENTER:

_____
MARIA VALDEZ
United States Magistrate Judge

Date: JUN 1 1 2015