UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
JUN 11 2015
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

| | |
|---|---|
| In the Matter of the Search of: | |
| The Twitter accounts @AhkTheBlackArab located at www.twitter.com/ahktheblackarab, @AbuFarriss located at www.twitter.com/abufarriss, and @abothabetk located at www.twitter.com/abothabetk, further described in Attachment A | No. 14 M 547<br><br>Magistrate Judge Maria Valdez<br><br>**UNDER SEAL** |

### GOVERNMENT'S THIRD MOTION TO CONTINUE SEAL ON SEARCH WARRANT, APPLICATION, AND AFFIDAVIT

Now comes the UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, and states as follows in support of its Third Motion to Continue Seal on Search Warrant, Application, and Affidavit:

1. On or about October 14, 2014, the government applied for and this Court issued a warrant to search the above-captioned accounts (**Subject Accounts**).

2. The government's Application and Affidavit in support of the Search Warrant detailed the facts supporting probable cause to believe that evidence and instrumentalities concerning Providing and Attempting to Provide Material Support or Resources to a Foreign Terrorist Organization offenses, in violation of Title 18, United States Code, Section 2339B(a)(1), would be found in the **Subject Accounts**.

3. Also on or about October 14, 2014, this Court granted the government's Motion to Seal Search Warrant, Application, and Affidavit for a period of 60 days, until December 13, 2014.

⑨

4. On or about December 9, 2014, this Court granted the government's First Motion to Continue Seal on Search Warrant, Application, and Affidavit for an additional 90 days, until March 13, 2015.

5. On or about March 12, 2015, this Court granted the government's Second Motion to Continue Seal on Search Warrant, Application, and Affidavit for an additional 90 days, until June 11, 2015.

6. The government's investigation in this matter is ongoing and disclosure of the Search Warrant, Application, and Affidavit would jeopardize the investigation by: (a) providing the subject of the investigation an opportunity to destroy evidence or flee; and (b) disclosing the details of facts known to investigators, the identities of witnesses, and the investigative strategy.

For the foregoing reasons, the government respectfully requests that the Search Warrant, Application, and Affidavit, and all related motions and orders to seal continue to be sealed for an additional 90 days, from June 11, 2015, until September 9, 2015, or until further Order of the Court.

Date: June 11, 2015

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: /s/ Barry Jonas

BARRY JONAS
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 469-6042